472 A.2d 240

Commonwealth ex rel. Dunkle v. MacBeth, Appellant.

Submitted November 8, 1983. Sanford S. Finder, for appellant; Janet Moschetta, for participating party.

Before CAVANAUGH, CIRILLO and CERCONE, JJ.

Order affirmed.